UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA IRENE CRAWFORD,<br><br>               Plaintiff,<br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>               Defendant. | Civil No. 3:21-cv-5178 DWC<br><br>ORDER FOR EAJA FEES, COSTS & EXPENSES |

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, 28 U.S.C. §1910, and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties, Plaintiff's Motion (Dkt. 22) is granted and it is hereby ORDERED that: EAJA attorney's fees of $6,896.02 and expenses of $3.85 (postage) and costs of $410.70 (filing fee & copies) for a total of $7,310.57 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to Rosemary B. Schurman via electronic fund transfer or check.

3) Costs under 28 U.S.C. §1910 shall be payable to Rosemary B. Schurman via electronic fund

Order for EAJA Fees- 21-5178 DWC  page  1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
PO Box 65194 Port Ludlow, WA 98365
425-821-8577/fax 888-821-0544

transfer or check.

Dated this 18th day of March, 2022

                                              David W. Christel
                                              United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
PO Box 65194 Port Ludlow, WA 98365
425-821-8577

Approved for entry:
s/Rosemary B. Schurman for (signed per authorization)
Franco L. Becia
Special Assistant US Attorney, OGC-SSA
701 – 5th Ave, Suite 2900 M/S 221A
Seattle, WA  98104